IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00161–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADRIAN PEREZ-MENDOZA,
2. JUAN MAGARITO PEREZ-BENCOMO,
        a/k/a "Raton,"
        a/k/a Osvaldo Perez,
        a/k/a Osvaldo Perez-Perez,
        a/k/a Juan Alberto Gamboa-Molina,
3. BERNARDO RASCON-MENDOZA,
4. RIGOBERTO RASCON-MENDOZA,
        a/k/a "Rigo,"
5. ALDO SAUZ,
        a/k/a "Meno,"
        a/k/a Aldo Sauz-Olmo,
        a/k/a Eduardo Matus-Lujan,
6. JORGE JAQUEZ-PEREZ,
        a/k/a Jorge Galaviz,
        a/k/a "Lupe,"
        a/k/a "Papa,"
        a/k/a "Cachis,"
7. GABRIEL VARGAS-VEGAS,
        a/k/a "Gorgo,"
        a/k/a "Jaime,"
        a/k/a "Edgar,"
8. JESUS NOE MENDOZA-OCHOA,
        a/k/a "Kenny,"
        a/k/a Cesar Mendoza,
        a/k/a "Chuy,"
        a/k/a "Guero,"
9. ANTONIO ANCHONDO-GONZALEZ,
        a/k/a "Gordo,"

10. ANGEL CALDERON-VILLEGAS,
    a/k/a Gustavo Escalante-Martinez,
    a/k/a "Gio,"
11. EDUARDO CALDERON-VILLEGAS,
    a/k/a Jose Perez-Lopez,
    a/k/a "Chapo,"
12. JOSE PLASCENCIA,
    a/k/a "Vaca,"
13. FAUSTO OLIVAS,
14. ERNEST RAMIREZ,
    a/k/a "Chicano,"
    a/k/a Ernie Ramirez,
    a/k/a Ernest A. Ramirez, and
15. JENNER HINOJOS,
    a/k/a Jenner Hinojos-Mendoza,

    Defendants.

## ORDER SETTING PRETRIAL CONFERENCE

Upon consideration and review of the Indictment in this case, and under rule 17.1 of the Federal Rules of Criminal Procedure, it is ordered as follows:

1. The court will hold a rule 17.1 pretrial conference at 10:00 o'clock a.m. on **April 30, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. The United States Attorney and the United States Magistrate Judge who presides at the initial appearance and/or detention hearing and/or arraignment shall be responsible for notifying any appointed or retained counsel of the pretrial conference, it appearing to the court that few attorneys have entered an appearance.

Dated this 14th day of April, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge