IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00161–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ADRIAN PEREZ-MENDOZA,
2. JUAN MAGARITO PEREZ-BENCOMO,
      a/k/a "Raton,"
      a/k/a Osvaldo Perez,
      a/k/a Osvaldo Perez-Perez,
      a/k/a Juan Alberto Gamboa-Molina,
3. BERNARDO RASCON-MENDOZA,
4. RIGOBERTO RASCON-MENDOZA,
      a/k/a "Rigo,"
5. ALDO SAUZ,
      a/k/a "Meno,"
      a/k/a Aldo Sauz-Olmo,
      a/k/a Eduardo Matus-Lujan,
6. JORGE JAQUEZ-PEREZ,
      a/k/a Jorge Galaviz,
      a/k/a "Lupe,"
      a/k/a "Papa,"
      a/k/a "Cachis,"
7. GABRIEL VARGAS-VEGAS,
      a/k/a "Gorgo,"
      a/k/a "Jaime,"
      a/k/a "Edgar,"
8. JESUS NOE MENDOZA-OCHOA,
      a/k/a "Kenny,"
      a/k/a Cesar Mendoza,
      a/k/a "Chuy,"
      a/k/a "Guero,"
9. ANTONIO ANCHONDO-GONZALEZ,
      a/k/a "Gordo,"

10. ANGEL CALDERON-VILLEGAS,
    a/k/a Gustavo Escalante-Martinez,
    a/k/a "Gio,"
11. EDUARDO CALDERON-VILLEGAS,
    a/k/a Jose Perez-Lopez,
    a/k/a "Chapo,"
12. JOSE PLASCENCIA,
    a/k/a "Vaca,"
13. FAUSTO OLIVAS,
14. ERNEST RAMIREZ,
    a/k/a "Chicano,"
    a/k/a Ernie Ramirez,
    a/k/a Ernest A. Ramirez,
15. JENNER HINOJOS,
    a/k/a Jenner Hinojos-Mendoza,
16. ALFONSO CANTU,
    a/k/a Alex, and
17. DANIEL FEDERICO STROHM,
    a/k/a Danny,
    a/k/a Daniel Frederick Strohn,
    a/k/a Daniel Frederick Max Strohm,

    Defendants.

---

## ORDER

---

This case comes before the court on a number of unopposed motions to extend by sixty days the time for filing the first round of defense motions. The recited necessity for more time is undoubtedly also the reason the Government does not oppose the motions: the Government has apparently failed to comply with court deadlines (the last of which expired June 16) for furnishing discovery. Of more concern, the Government never asked the court for an extension, nor has it ever given any reason for furnishing discovery over one month late. This conduct, on its face and without further explanation, is inexcusable. It is therefore

**ORDERED** that the court will hold a status conference in this case at 3:30 o'clock p.m.

on August 21, 2008 in courtroom A201.

Dated this 28th day of July, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge