IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00161-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ADRIAN PEREZ-MENDOZA;
2.     JUAN MAGARITO PEREZ-BENCOMO,
       aka "Raton,"
       aka Osvaldo Perez,
       aka Osvaldo Perez-Perez,
       aka Juan Alberto Gamboa-Molina;
3.     BERNARDO RASCON-MENDOZA;
4.     RIGOBERTO RASCON-MENDOZA,
       aka "Rigo;"
5.     ALDO SAUZ,
       aka "Meno,"
       aka Aldo Sauz-Olmo,
       aka Eduardo Matus-Lujan;
6.     JORGE JAQUEZ-PEREZ,
       aka Jorge Galaviz,
       aka "Lupe,"
       aka "Papa,"
       aka "Cachis;"
7.     GABRIEL VARGAS-VEGAS,
       aka "Gordo,"
       aka "Jaime,"
       aka "Edgar;"
8.     JESUS NOE MENDOZA-OCHOA,
       aka "Kenny,"
       aka Cesar Mendoza,
       aka "Chuy,"
       aka "Guero;"
9.     ANTONIO ANCHONDO-GONZALEZ,
       aka "Gordo;"
10.    ANGEL CALDERON-VILLEGAS,
       aka Gustavo Escalante-Martinez,
       aka "Gio;"

11. EDUARDO CALDERON-VILLEGAS,
    aka Jose Perez-Lopez,
    aka "Chapo;"
12. JOSE PLASCENCIA,
    aka "Vaca;"
13. FAUSTO OLIVAS;
14. ERNEST RAMIREZ,
    aka "Chicano,"
    aka Ernie Ramirez,
    aka Ernest A. Ramirez;
15. JENNER HINOJOS,
    aka Jenner Hinojos-Mendoza;
16. ALFONSO CANTU,
    aka "Alex;" and
17. DANIEL FEDERICO STROHM,
    aka "Danny,"
    aka Daniel Frederick Strohn,
    aka Daniel Frederick Max Strohm,

    Defendants.

## ORDER ON PROCEDURES

THIS MATTER was reassigned to the undersigned judge on October 31, 2008. In light of the number of Defendants, the following procedures are prescribed for this case.

**IT IS ORDERED** that:

(1) All documents filed in this case shall bear the complete case caption. If a document pertains only to a particular Defendant or Defendants, the name of such Defendant or Defendants shall be in **bold** print on the caption.

(2) If a Defendant files a Notice of Disposition, that Defendant and his or her counsel are excused from participating in all subsequent hearings except for hearings which pertain to that Defendant, *i.e.*, change of plea and sentencing hearings.

(3) If counsel for a Defendant is unable to attend a hearing, that Defendant may file a

motion to allow substitute counsel to represent him or her at such hearing.  Such motion must be accompanied by a statement that the Defendant consents to representation by substitute counsel at the particular hearing.  The Defendant must also submit a proposed order granting the motion to chambers at krieger_chambers@cod.uscourts.gov.

(4)     Any Defendant who has not filed a Notice of Disposition shall attend all scheduled hearings (apart from change of plea or sentencing hearings for co-Defendants who have filed Notices of Disposition) with his or her counsel.  If any Defendant or defense counsel desires to waive his or her appearance at any hearing, an appropriate motion shall be filed no later than 2 business days prior to the hearing with a proposed order submitted to chambers at krieger_chambers@cod.uscourts.gov.

(5)     With regard to any Defendant who is not in custody, a motion seeking leave to allow the Defendant to travel shall be filed at least 5 business days before the requested travel date.  No such motion will be granted unless: (a) the Government files written assent to the travel at least 2 business days before the requested travel date; or (b) the motion is a stipulated motion signed by counsel for the Defendant and the Government.  All such motions must be accompanied by a proposed order or they may be denied.

(6)     If a Defendant wishes to adopt the arguments made in a co-Defendant's motion, the Defendant should **not** file a "Motion to Join" in the co-Defendant's motion.  Instead, the Defendant should file a motion which requests specific relief and which has a caption identifying the relief sought.  The body of the motion may then incorporate by reference any arguments

made by a co-Defendant.

Dated this 7th day of November, 2008

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge