IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00161-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ADRIAN PEREZ-MENDOZA;
2.     JUAN MAGARITO PEREZ-BENCOMO,
       aka "Raton,"
       aka Osvaldo Perez,
       aka Osvaldo Perez-Perez,
       aka Juan Alberto Gamboa-Molina;
3.     BERNARDO RASCON-MENDOZA;
4.     RIGOBERTO RASCON-MENDOZA,
       aka "Rigo;"
5.     ALDO SAUZ,
       aka "Meno,"
       aka Aldo Sauz-Olmo,
       aka Eduardo Matus-Lujan;
6.     JORGE JAQUEZ-PEREZ,
       aka Jorge Galaviz,
       aka "Lupe,"
       aka "Papa,"
       aka "Cachis;"
7.     GABRIEL VARGAS-VEGAS,
       aka "Gordo,"
       aka "Jaime,"
       aka "Edgar;"
8.     JESUS NOE MENDOZA-OCHOA,
       aka "Kenny,"
       aka Cesar Mendoza,
       aka "Chuy,"
       aka "Guero;"
9.     ANTONIO ANCHONDO-GONZALEZ,
       aka "Gordo;"
10.   ANGEL CALDERON-VILLEGAS,
       aka Gustavo Escalante-Martinez,
       aka "Gio;"

| | |
|---|---|
| 11. | EDUARDO CALDERON-VILLEGAS,<br>aka Jose Perez-Lopez,<br>aka "Chapo;" |
| 12. | JOSE PLASCENCIA,<br>aka "Vaca;" |
| 13. | FAUSTO OLIVAS; |
| 14. | ERNEST RAMIREZ,<br>aka "Chicano,"<br>aka Ernie Ramirez,<br>aka Ernest A. Ramirez; |
| 15. | JENNER HINOJOS,<br>aka Jenner Hinojos-Mendoza; |
| 16. | ALFONSO CANTU,<br>aka "Alex;" and |
| 17. | DANIEL FEDERICO STROHM,<br>aka "Danny,"<br>aka Daniel Frederick Strohn,<br>aka Daniel Frederick Max Strohm, |

Defendants.

# ORDER

THIS MATTER is set for a hearing on December 12, 2008. In preparation for the hearing,

**IT IS ORDERED** that:

(1) To all pending motions for which no response has been filed, including the suppression motions **(#333, #347)**, a response is due on **December 10, 2008**. In its response, the Government shall specify which motion(s) require an evidentiary hearing and the anticipated length of any such hearing.

(2) Prior to the hearing, counsel for the parties shall confer so that they can advise the

Court as to what motions are contested and require determination.

Dated this 4th day of December, 2008

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge