IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: December 12, 2008 |
| Court Reporter: | Janet Coppock | |
| Interpreter: | Ruth Warner | |
| | Tatiana Contreras | |

Criminal Action No. 08-cr-00161-MSK

*Parties*:                                                                 *Counsel Appearing*:

UNITED STATES OF AMERICA,                           Mark Barrett

Plaintiff,

v.

1.  ADRIAN PEREZ-MENDOZA;
2.  JUAN MAGARITO PEREZ-BENCOMO,        David Olivas
3.  BERNARDO RASCON-MENDOZA;                 James Castle
4.  RIGOBERTO RASCON-MENDOZA,              Ronald Gainor
5.  ALDO SAUZ,                                                       Ronald Hahn
6.  JORGE JAQUEZ-PEREZ,                                Joseph Saint-Veltri
8.  JESUS NOE MENDOZA-OCHOA,                 Stanley Marks
9.  ANTONIO ANCHONDO-GONZALEZ,        Daniel Sears
10. ANGEL CALDERON-VILLEGAS,                 Sean McDermott
11. EDUARDO CALDERON-VILLEGAS,            David Savitz
12. JOSE PLASCENCIA, (excused)                     Robert Driscoll
13. FAUSTO OLIVAS;                                             Stephen Baca
14. ERNEST RAMIREZ,                                        Paula Ray
15. JENNER HINOJOS,                                         Daniel Recht
16. ALFONSO CANTU,                                        Chad Williams
                                                                                   Sara Bellamy

            Defendants.

---

## COURTROOM MINUTES

---

HEARING: Motions.

**9:15 a..m.     Court in session**.

Defendants 2-6; 8-12 are present in custody. Defendants 14-17 as listed above. Defendant #13 (Plascencia) is excused from attending per court order. Defendant # 1 is still at large.

Interpreters sworn.

The Court addresses the motions for extensions of time filed. to date (**Doc. #255, 336, 343 and 346**). There are no objections except from counsel James Castle. The objection is overruled.

**ORDER:** Defendants' various motions for extension of time (**Doc. #255, 336, 343 and 346**) are **all DENIED** as moot.

The Court addresses the motions to sever (**Doc. #247,327, 407 and 385**).

The Court defers ruling on all of these until a later date.

The Court addresses defendant Olivas' Motion for Special Appearance of counsel Stephen Baca (**Doc. #449** )

**ORDER:** Defendant's motion (**Doc. #449**) is **GRANTED**.

The Court addresses the motions for Bill of Particulars filed at **Doc. #225** (Achondo-Gonzales), **#246** (Perez-Bencomo), **#321** (Cantu), **251 and 345** (Sauz)

Argument by Mr. Sears for defendant Anchondo-Gonzales (**Doc. # 225**).

Argument by Mr. Hahn for defendant Sauz (**Doc. #251, 345**)

Statement from the Government. No objection to providing the information to defendants.

Further argument from Mr. Sears for defendant Anchondo-Gonzales.

**ORDER:** Defendants' motions for Bill of Particulars (**Doc. #225, 251 and 345**) are **DENIED** with leave to renew. The Government will supply to all defense counsel no later than **January 5th, 2009**, the copy of the PowerPoint presentation used by the agent who testified before the grand jury. To the extent that the grand jury transcript has not been supplied to counsel, upon submission of an order with the appropriate restrictions contained therein, the Court will authorize that grand jury transcript to be supplied to defense counsel**.** A proposed plan will be submitted by **January 5, 2009** for each of the institutions where the defendants are located to facilitate their review of the information, in particular the recorded telephone calls that have been supplied in discovery.

**ORDER:** Defendants' Bencomo's Motion at **Doc. #246** (Bencomo) and **Doc. #321** (Cantu) are **DENIED** with leave to renew after the information provided has been reviewed.

The Court addresses defendant Ochoa's Motion for Bill of Particulars (**Doc. #393**). Argument by Mr. Marks.

**ORDER:** Defendant'S Motion at Doc. **#393 is DENIED** with leave to renew after the information provided has been reviewed.

**ORDER:** Motions to Renew any of the Bill of Particulars denied today will be filed by **February 1, 2009.**

The Court addresses the discovery motions.

The Court addresses defendant Cantu's Motion for Discovery (**Doc. #320**). Statement by Mr. Williams that the Government has confessed the motion. The Government agrees.

**ORDER:** The Motion (**Doc. #320**) is **GRANTED**. The Government will provide the information requested by **January 12, 2009.**

The Court addresses the 801(d) and James hearing motions (**Doc. #232, 328, 395, 406, 412, 419, 349, 351, 352, 350, 289**). The Court advises counsel of the procedure for a James Proffer and inquires how much time the Government needs.

Statement from Mr. Barrett regarding the procedure and time needed.

**ORDER:** The Motions at (**Doc.#s #232, 328, 395, 406, 412, 419, 349, 351, 352, 350, 289**) are **GRANTED** in part and **DENIED** in part. The Government will provide the James Proffer disclosure to defendants by **February 1, 2009**. Defendants' objections will be provided to the Government by **March 2, 2009**. The James Proffer form with the objections will be filed with the Court by **March 6, 2009.** The Government will be responsible for filing the form.

The Court addresses the motions regarding informants (**Doc. #405, 413, 329, 352 and 350**)

Argument by Mr. Saint-Veltri (defendant Jaquez-Perez). Counsel for the other defendants that filed these motions join in his argument.

Statement from the Government.

**ORDER:** The motions at **Doc. #405, 413, 329, 352 and 350** are **GRANTED** in part and **DENIED** in part. The Government will supplement it's Brady disclosure by **January 12, 2009**.

**10:30 a.m.** **Court in recess**
**10:56 a.m.** **Court in session**

The Court addresses motions regarding Rough Interview Notes and Reports (**Doc. #231, 342, 402, 414, 331, 349, 383, 352 and 350**) The Government has confessed these motions.

**ORDER:** The motions at Doc. #s **231, 342, 402, 414, 331, 349, 382, 352 and 350** are **GRANTED.**

The Court addresses defendant Claderon-Villegas' Motion for discovery (**Doc. #338**).

Argument by Mr. Savitz. Part of the motion has been resolved. Paragraphs 1, 2, 4, 6 have not. The Government responds to these parts of the motion. All other portions have been confessed.

**ORDER:**  Defendant's Motion at **Doc. #338** is **GRANTED** in part and **DENIED** in part as follows: ¶1 is **DENIED** with leave to renew if counsel can't determine the identity of the individuals with the assistance of his client; as to ¶2 it is **DENIED**; as to ¶4 is **DENIED**; as to ¶6 The government will supply periodic reports that were submitted to the Court, all minimization instructions given and all reports that were generated to show compliance with minimization standards by **January 12, 2009.**

The Court addresses motions regarding Rule 404(b), Rule 608 and Rule 609 (**Doc. #233, 340, 391, 411, 417, 349, 351, 352 and 350**).

Argument by Mr. Sears.

Statement by Mr. Barrett.

**ORDER:**  Based upon the Government's agreement to disclose this information 45 days before trial, these motions are **GRANTED** in that respect.

The Court addresses Brady and Giglio Material motions. (**Doc. #227, 234, 392**)

Statement by the Government.

**ORDER:**  Motions at **Doc. #227, 234, 392** are all **GRANTED** insofar as the Government will supply the requested information 30 days prior to trial.

The Court addresses the Jencks Materials motions (**Doc. #394**)

**ORDER:**  Motion at **#394** is **GRANTED**. Jencks material will be disclosed 30 days before trial.

The Court addresses Omnibus Motions (**Doc. #227, 352, 322, 349 and 350**).

**ORDER:**  The Motions at **Doc. #352, 322 and 350** were previously ruled on and to the extent there is anything additional, they are **DENIED as moot**. The Motion at **Doc. #227** is **DENIED as moot**.

The Court addresses with Defendant's Motion to Adopt (**Doc. #253**).

**ORDER:**  The motion at Doc. **#253 is WITHDRAWN**.

The Court addresses the suppression motions (**Doc. #252, 303, 263, 339, 268, 345, 332, 344, 334, 341, 352, 401, 404, 415, 455, 324, 348, 354, 384 and 350**)

None of the defendants object to the Court engaging in a facial review based upon the record before the Court together with the submission of the affidavits that were tendered an the wiretap orders as to whether there was a demonstration of probable cause, whether there was a

demonstration of necessity and whether or not the applications and affidavits were too general causing the wiretap orders to be constitutionally overbroad.

The Government does not object but still requests an evidentiary hearing on good faith.

**ORDER:** The parties (Government and defendants) will file by **January 5, 2009** supplementations to what they have already filed. The Government's supplementation should include the affidavit or affidavits and the wiretap orders.

**ORDER:** Hearing is set **May 27, 2009 at 9:00 a.m.** for remainder of day, if necessary, to address the good faith issue and any other matters that need addressed

**ORDER:** Hearing is set **May 26, 2009 at 9:00 a.m.** on the non-wiretap Suppression Motions at **Doc. #333 and #347**.

The Court addresses defendant Sauz's motions at **Doc. #235 and 319** and defendant Plascenia's motion at **Doc. #403**. The Government has confessed those motions.

**ORDER:** Defendant Sauz' motions (**Doc. #235 and 319**) and defendant Plascencia's Motion (**Doc. #403**) are **GRANTED.**

Upon request, counsel Olivas, Castle, Gainor, Hahn, Saint-Veltri, Marks, Sears, Savitz, Driscoll, Baca have been excused along with their respective defendants from the remainder of the hearing.

**12:05 p.m.**     **Court in recess**
**1:54 p.m.**     **Court in session**

Defendant A. Calderon-Villegas is present in custody. No other defendants are present.

The Court addresses Motion at Doc. #335. Counsel for defendant Hinojos advises that this is resolved.

**ORDER:** Motion (**Doc. #335**) is **DENIED** as moot.

The Court addresses motions regarding expert testimony (**Doc. #352, 396, 416, 422, 330, 349, 350, 351, 290 and 227.**

The Government confesses these motions and will provide the information.

**ORDER:** Motions at **Doc. # 352, 396, 416, 422, 330, 349, 350, 350, 351, 290 and 227** are **GRANTED** and the motions previously granted (**Doc. #235, 319 and 403**) are supplemented to include this ruling. The Government will make full disclosure of all expert opinions and reports on or before **March 12, 2009.**

**ORDER:** The deadline to file **all** further motions is **April 30, 2009**. Defendant Cantu's deadline for filing all motions is **May 12, 2009.** The Government's response(s)

will be filed by **May 15, 2009 (for all defendants except Cantu).** Government's response to any motions filed by defendant Cantu will be due by **May 22, 2009.**

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**2:24 p.m.** **Court in recess.**

**Total Time:** **2 hours 54 minutes.**
**Hearing concluded.**