**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman  
Interpreters: Ruth Werner  
　　　　　　　　Melinda Gonzalez-Hibner  

Date: May 27, 2009

Criminal Action No. 08-cr-00161-MSK

*Parties*:　　　　　　　　　　　　　　　　　　　*Counsel Appearing*:

UNITED STATES OF AMERICA,　　　　　　Mark Barrett

Plaintiff,

v.

1. ADRIAN PEREZ-MENDOZA;
2. JUAN MAGARITO PEREZ-BENCOMO,　　David Olivas
3. BERNARDO RASCON-MENDOZA;　　　　James Castle
4. RIGOBERTO RASCON-MENDOZA,　　　　Ronald Gainor
10. ANGEL CALDERON-VILLEGAS,　　　　　Sean McDermott
11. EDUARDO CALDERON-VILLEGAS,　　　David Savitz
12. JOSE PLASCENCIA,　　　　　　　　　　Robert Driscoll

　　　　Defendants.

---

# COURTROOM MINUTES

---

HEARING: Motions.

**9:26 a.m.　　Court in session**.

Defendants 2-4, 10-11 are present in custody. Defendant 12 is present on bond. Defendants not listed have either been excused from attending this hearing or have filed their Notice of Disposition. Defendant # 1 is still at large.

Interpreters sworn.

Pending motions for defendants that have filed Notices of Disposition will be addressed at their individual Change of Plea hearings.

The Court addresses defendant A. Calderon-Villegas' Motion for Extension of time (**Doc. #588**). The Government has not filed a response.

**ORDER:**　　Defendant Calderon-Villegas' Motion for Extension (**Doc. #588**) is **GRANTED** on default.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses defendant E. Calderon Villegas' Motion to Renew (**Doc. #583**) the discovery motion (**Doc. #338**).  Argument by Mr. Savitz.  Statement by Mr. Barrett.

**ORDER:**   Defendant E. Calderon Villegas' Motion to Renew (**Doc. #583**) is **GRANTED.**  The Government will provide this information to Mr. Savitz by **June 17, 2009 at 5:00 p.m.**

The Court addresses Motions to Strike Government's Expert Disclosures (**Doc. #561** (Sauz), **#562** (Calderon-Villegas)  Argument by Messrs. Savitz and Hahn.  Statement by the Government.

**ORDER**:   Motions to Strike Government's Expert Disclosures (**Doc. #561 and #562**) are **GRANTED in part and DENIED in part**.  By **June 10, 2009, 5:00 p.m.**, the Government will disclose under Rule 16 all expert opinions that the Government intends to offer, all curricula vitae for those witnesses who will be offering opinions, and the bases for all opinions.  The disclosure will conform to the requirements of Rule 702 of the Federal Rules of Evidence setting forth all four requirements that are necessary for the admission of any opinion.  The Government will be limited to the experts disclosed.  Defendants may file a request for 702 hearing by **June 24, 2009.**

**ORDER**:   The Court imposes the following sanction: There will be no continuances, no extensions of time for the Government on **any** request in this case.

The Court will not address the pending motions to seal at this time, but inquires of counsel regarding defendant E. Calderon-Villegas' Motions to Seal (**Doc. #572, 573**).

Statements from Mr. Savitz and Barrett.  The Government has not received a copy of the motions.

**ORDER:**   Counsel Savitz is directed to physically serve the Government with copies of the Motions to Seal by close of business today.

The Court addresses the Motions to Suppress (**Doc. #563** (E. Calderon-Villegas), **Doc. #592** (A. Calderon-Villegas) and the amount of time needed for the hearing(s).

ORDER:   Suppression hearing **as to defendants E. Calderon-Villegas and A. Calderon-Villegas only** (Doc. #563, #592) is set **July 9, 2009 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.  The other remaining defendants may attend the hearing if they wish, but are not required to do so.

The Court addresses defendant E. Calderon-Villegas' Motion to Suppress (**Doc. #571**) which is currently under seal.  Statements from Messrs Savitz and Barrett.

**ORDER:**   Counsel Savitz will provide a copy of the Motion (**Doc. #571**) to the Government **by 5:00 p.m. today** and the Government will file it's response to the motion by

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**5:00 p.m. on May 28, 2009,** and advise the Court how much time will be needed for a hearing. Defendants that have not filed notices of disposition have the same 24 hour period to join in this motion (Doc. #571) by filing a motion for a Franks hearing and request to receive notice of the hearing.

The Court addresses what supplement counsel believe they may be making and whether any additional extensions are required.

Counsel Driscoll orally moves for discovery relating to any parallel investigation in Wisconsin. Statement from Mr. Barrett.

**ORDER:** The Government will file a response or turn over this information requested by defense counsel by **June 10, 2009 at 5:00 p.m.**

The Court addresses the James proffer objections.

Statement from Mr. Savitz requesting additional time to review the Government's initial James Proffer. The Government has no objection.

**ORDER:** Modifications to objections filed by defendant E. Calderon-Villegas will be filed by **June 20, 2009.**

The Court addresses defendant Plascencia's Motion to Sever (**Doc. #407**).

Statement from Mr. Driscoll as to whether he intends to proceed and/or amend this motion.

**ORDER:** Amendment or supplementation to defendant Plascencia's Motion to Sever (**Doc. #407**) will be filed by **July 13, 2009.**

The Court addresses the plan filed by the Government on May 26, 2009.

Defense counsel have received the plan, but have not had adequate opportunity to review it. The Courtroom Deputy will provide all defense counsel with a copy of the plan filed for their review.

**10:40 a.m.    Court in recess**
**11:02 a.m.    Court in session**

The Court addresses defense counsel's review of the Plan filed by the Government (Doc. #652) and inquires as to objections to it.
.
Statements from counsel Castle who speaks for all remaining defendants regarding deficiencies in the plan and requests additional time for counsel to submit a joint plan that addresses the concerns of the defendants.

**ORDER:** Defendants will file a joint plan that addresses their concerns regarding the Government's plan (Doc. #652) by **June 10, 2009**.

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

The Court addresses setting the trial and how much time is needed for same.

Statement from the Government that two weeks should be sufficient. No objections from defense counsel.

**ORDER:** Two week jury trial is set to commence on **October 5, 2009 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, CO. The Government will be limited to the week of **October 5, 2009** for presentation of its evidence, to conclude by noon on October 9, 2009. Final Trial Preparation Conference is set for **September 14, 2009 at 3:00 p.m.**

Counsel Savitz requests that the Court address Motion at Doc. #482 and 554 that refer back to the Motions to Suppress (Doc. #263 and #339)

**ORDER:** The Court reserves ruling until the previously extended time period of July 13 has passed.. If the motions are not further supplemented, the Government may not file any additional response(s) to these motions.

Counsel Savitz requests the Court address Motion for Extension (**Doc. #581**) to incorporate the request made by counsel Sears (Doc. #574) on behalf of defendant Anchondo Gonzalez, who has since filed a Notice of Disposition. The Government objects.

**ORDER:** Counsel Savitz's request to incorporate the motion at Doc. #574 into the Motion for Extension (Doc. #581) is **DENIED.**

Several counsel request the Government provide status of obtaining the information on the California wiretaps.

Statement from Mr. Barrett as to his efforts to obtain this information to date and assurance that he will obtain email contact information this week.

**ORDER:** Defendants that are in custody will be remanded to the care and custody of the United States Marshal Service.

**ORDER**: Bond is continued as to the appropriate defendant.

**11:46 a.m.   Court in recess.**

**Total Time:   2 hours 18 minutes.**
**Hearing concluded.**